**STEVEN J. ROTHANS – State Bar No. 106579**
**DAVID G. TORRES-SIEGRIST- State Bar No. 220187**
**CARPENTER, ROTHANS & DUMONT**
**888 South Figueroa, Suite 1960**
**Los Angeles, CA  90017**
**(213) 228-0400**
**(213) 228-0401 [Fax]**
**srothans@crdlaw.com/dgts@crdlaw.com**
Attorneys for Defendant, OFFICER BARRY DOLGOVIN, a public employee

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALVARADO. | Case No.:  CV 09-04597 ODW (JCx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| OFFICER BARRY DOLGOVIN, an individual, THE CITY OF POMONA, a municipal corporation, and DOES 1-20, INCLUSIVE | |
| Defendants. | |
| | **HON. OTIS D. WRIGHT II** |

The evidence presented having been fully considered, the issues having been duly heard and a defense verdict returned by Jury in this matter on February 4, 2011:

1  IT IS ORDERED AND ADJUDGED that the Plaintiff ANTHONY
2  ALVARADO take nothing from Defendant, OFFICER BARRY DOLGOVIN, a
3  public employee, as to the claims alleged within the Complaint.
4  IT IS SO ORDERED.

6  DATED: March 1, 2011  _____
   OTIS D. WRIGHT II
   U.S. District Court Judge